In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00251-CR**
_____

**IN RE LEO WAYNE COVER**

**Original Proceeding**
**Criminal District Court of Jefferson County, Texas**
**Trial Cause Nos. 23DCCR2231 and 23DCCR2232**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Leo Wayne Cover complains that the trial court has not ruled on Cover's pre-trial motions. At our request, the State filed a response. The State also supplemented the mandamus record to provide a more complete record for review.

On March 31, 2025, the trial court granted Cover's request to proceed pro se in Trial Cause Numbers 23DCCR2231 and 23DCCR2232. Since that time, Cover has filed many motions. Both of Cover's cases are currently set for trial on July 28, 2025. Cover requested a pre-trial hearing, but until just recently the request was filed in the wrong court.

1

Generally, the trial court has the discretion to schedule a pre-trial hearing. *Calloway v. State*, 743 S.W.2d 645, 649 (Tex. Crim. App. 1988). Mandamus relief may issue, however, in situations where appeal after conviction will not be an appropriate remedy. *See Stearnes v. Clinton*, 780 S.W.2d 216, 225 (Tex. Crim. App. 1989) (orig. proceeding). On the record before us, Relator has not shown that the trial court abused its discretion by failing to rule on his motions within a reasonable time. We deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on July 21, 2025
Opinion Delivered July 30, 2025
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

2